FILED
CHARLOTTE, NC

FEB 10 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __NC__

__Charlotte__ Division

Case No. __3:26-cv-110-MOC__
(to be filled in by the Clerk's Office)

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: JAMES CROWE
- All other names by which you have been known: Kage - Biggz - Jay
- ID Number: 421377
- Current Institution: Mecklenburg County Detention Center
- Address: 801 East Fourth St.
  - City: Charlotte
  - State: NC
  - Zip Code: 28202

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Joseph Creed
- Job or Title *(if known)*: C.E.O. of C.A.T.S.
- Shield Number:
- Employer: Charlotte Area Transit Systems
- Address: 2100 West Big Beaver Rd. suite 210
  - City: Troy
  - State: MI
  - Zip Code: 48084
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Andrew Bonfield
- Job or Title *(if known)*: C.F.O. of CATS
- Shield Number:
- Employer: Charlotte Area Transit Systems
- Address: 2100 West Big Beaver Rd suite 210
  - City: Troy
  - State: MI
  - Zip Code: 48084
- [✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: Victoria Johnson
Job or Title (if known): C.O.O. of C.A.T.S.
Shield Number:
Employer: Charlotte Area Transit Systems
Address: 2100 West BigBeaver Rd suite 210
Troy, MI 48084
City / State / Zip Code

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: C.A.T.S. / Charlotte Area Transit System
Job or Title (if known):
Shield Number:
Employer: City of Charlotte
Address: 2100 West BigBeaver Rd Suite 210
Troy, MI 48084
City / State / Zip Code

[✓] Individual capacity  [✓] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Malicious Prosecution    False Imprisonment    Loss of Property    Assault
Probable Cause Violation    Loss of Liberty    Attempted Murder
Wrongful Arrest    Loss of Life-Time I can't get back

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* December 25, 2023 - Parolee

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

December 25, 2023 and/or April 26, 2024 Queen City Center any/or QCC Charlotte Area Transit Systems Center / CATS Transit Center

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

December 25, 2023  Apx. 16:30 - 1800 hrs
April 26, 2024  Apx. 0730 - 1200 hr

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached - Marked ATTN Crow Z Foxtrot, Echo Winter is over

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Faced malicious prosecution and held under lies to by way of the act of perjury conspired upon between a CMPD officer Sir named Jermaine Lewis and Allied Universal Security agents who were working for CATS. Due to this I was held from Dec. 25 2023 until April 26, 2024 on the day of my release I was walking past the Queen City Center and an Allied Universal Officer Walked off his post attacked me and tried to slam and throw me into oncoming traffic

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- Had 2 Iphones Taken Due to this and need the store value to replace Them. $3000 USD
- I loss personal property $5000 USD
- Perjury to deface my character $5 million USD
- The role between C.A.T.S. - A.U.S. $5 million USD
- Conspiring on both bodycam + external Cab cam to target me $5.5 million USD
- The assault and attempted murder of trying to throw me into active on coming Traffic
1) City of Charlotte - $300 Million USD - Monell Liability
2) In total between C.A.T.S. - A.U.S. $165,508,000 USD
1) Criminal Charges
2) $150 million

Respondeat Superior

Page 5 of 11

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   kiosk grievance System

2. What did you claim in your grievance?

   Allied Universal Security hires violent felons and Sex offenders of every type and gives them access to Fire Arms.

3. What was the result, if any?

   Nothing, Malicious attacks became more rampart

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) James Crowe
   Defendant(s) Brian Muth

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Western District Charlotte North Carolina

3. Docket or index number
   3:25-cv-01019-MR

4. Name of Judge assigned to your case
   Judge Martin Reidinger

5. Approximate date of filing lawsuit
   12/22/2025

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____
   _____

Page 10 of 11
Case 3:26-cv-00110-MOC    Document 1    Filed 02/10/26    Page 10 of 16

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 27, 2026

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: JAMES CROWE
Prison Identification #: 421377
Prison Address: 801 E. 4th St., Charlotte, NC 28202

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

ATTN Foxtrot, Echo
Crow 2 Winter is over

On December 25, 2023 I was at the Charlotte Transit Center waiting for a bus to take me to where I was staying in the Ballentyne area of Charlotte. Two Allied Universal Security agents, both male, approached me and we started speaking. Nothing combative nor threatening was said.

A few minutes into the conversation a CMPD officer named Jermaine Lewis pulled into the transit and parked directly infront of the two security agents and I. When doing so he stepped out of his police cruisor stating "You're banned from here." One of the security agents stated "No, he is not banned from here and no one here banned him." I walked off to avoid confrontation.

I smoked my cigarette then turned back to catch my bus. When returning the security agent approached me with a group of Allied Universal Security agents. The security agent with a short out of shape female approached me not really saying anything.

When I walked off from the initial approach of the CMPD officer he and the security agents were speaking with each other. All of this is recorded on facility cams and the CMPD officer's Cruisor's external cab cam and bodycam. This is for both audio and video.

The CMPD officers with multiple other officers swarm around me and put me under arrest. A female Allied Universal Security agent wrote a false witness statement that was presented to me on magistrate papers. Due to this I was falsely imprisoned and faced malicious prosecution with no probable cause. Because of this I was incarcerated from December 25, 2023 until April 26, 2024. All charges were dropped.

On April 26, 2024 I was released from jail before 12 p.m.. While walking up East Trade St. an Allied Universal Security agent who on multiple seperate occasions went out of his way to antagonize me. I told him "Leave me alone." He replied with "Shut the fuck up and get off my property. That's my sidewalk." I rebutted with "How about you go suck a dick. You don't own nothing around here not even yourself Sambo." He said "What?" and I replied "That means slave."

The entire time he was standing on the Queen City Center walk way at least two stories above me. I begin walking and he followed from above to walk down the stairs and approach me. He begin threatening me and pushed me.

When he pushed me I was already standing close to the curb. He then while on coming traffic was present tried to slam and throw me into active oncoming traffic. He stated "I'll kill you" while committing these actions.

Because he could not successfully slam me, began pushing me. Traffic stopped because of this and he sought to do this. He's gone out of his way to antagonize me. multiple times before and this was the same.

Allied Universal Security is to be held responsible because the company itself within its policy hires repeat violent and sexual offenders who are felons and have prison contracts that hire some on their release from prison. They also hire many that are criminally insane and psycotic. I learned this while being in prison.

C.A.T.S. is responsible because someone should have inquired upon who was working for them and in their facility and the same goes for the city of Charlotte

Even though Allied Universal Security is a proprietary corporation it is providing workers/employees as security agents for Charlotte Corporations that are apart of both the City of Charlotte and Mecklenburg County thus making both the Corporation and thier employees liable under title 42 uscs §1983.

I seek to hold Allied Universal Security liable under the doctrine of respondeat superior and the same for the corporation of Charlotte Area Transit Systems.

I seek to hold the City of Charlotte liable under the doctrine of Monell liability for inadequately hiring properly trained, mentally stable, and socially stable non-criminally insane persons to act as public agents of the state.

> "For purposes of §1983 a municipality is considered a person and thus subject to suit" Hunter v Town of Mocksville, 897 F.3d 538, 553 (4th Cir. 2018) (citing Monell v. Dept. of Soc. Servs. 436 U.S. 658, 690, 98 S. Ct. 2018, 56 L. Ed 2d 611 (1978)

Allied Universal Security is also supplying guns, magazines, live ammunition, ballistic rifle plated vests, and a code of armour uniform with authority over possible victims lives. Allied Universal Security has already had multiple wrongful deaths really murders due to this, and the police has helded them.

All Rights Reserved

Date: January 27, 2026

*[signature]*

The list of names that are to follow are employees of the city of Charlotte, Charlotte Area Transit Systems / CATS, Allied Universal Security, and the Queen City Center.

The notice of filing for civil suit can be mailed to the following addresses: 1.) 2100 West Big Beaver Rd, Suite 210
Troy, MI 48084

2.) 450 Exchange
Irvine, CA 92602

3.) 600 East Fourth St.
Charlotte, NC 28202

4.) 600 East Trade St.
Charlotte, NC 28202

5.) 210 East Trade St.
Charlotte, NC 28202

I seek to bring suit against each person in both their Individual and Official capacities.

1.) Allied Universal Security

2.) Steve Jones
C.E.O. of Allied Universal Security

3.) Tim Brandt
C.F.O. of Allied Universal Security

4.) Mike Smidt
C.O.O. of Allied Universal Security

5.) Jane Doe #1
A.U.S. agent

6.) Jane Doe #2
AUS agent

7.) John Doe #1
AUS. agent

8.) John Doe #2
AUS. agent

9.) John Doe #3
AUS. agent

10.) John Doe #4
AUS. agent

11.) John Doe #5
 A.U.S. agent

12.) Jane/John Doe
 Charlotte, NC
 Regional Manager for
 A.U.S.

14.) Jane/John Doe
 Charlotte, NC
 Hiring Manager for
 A.U.S.

15.) Jane/John Doe
 Charlotte, NC
 Training Officer for
 A.U.S.

16.) Jane/John Doe
 Queen City Center/QCC
 Facility Manager

17.) City of Charlotte